IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     DWIGHT WILSON     CASE NO.: 4:19-bk-12168
CARMEN WILSON     CHAPTER 13
DEBTORS

## MOTION TO DISMISS

Come debtors herein, by and through their attorney, Walden M. Cash, and for their Motion to Dismiss states:

1. That this Court has jurisdiction over this action under 28 U.S.C. § 1334.

2. That debtors filed chapter 13 bankruptcy on April 23, 2019.

3. That debtors wish to voluntarily dismiss their chapter 13 bankruptcy.

WHEREFORE, debtors pray that the Court enter an Order dismissing their chapter 13 bankruptcy.

Respectfully submitted,

/s/ Walden M. Cash
Cash Law Firm, P.A.
Attorney for Debtor
424 West 4th Street, Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

## CERTIFICATE OF MAILING

I the undersigned, hereby certify that a copy of the foregoing Motion has been mailed to:

Jack W. Gooding
Chapter 13 Standing Trustee
(Via Electronic Filing)

/s/WALDEN M. CASH